UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>            Plaintiff,                              )<br>                                                                )<br>v.                                                             )<br>                                                                )<br>LUIS MANUEL GOMEZ-DOMINGUEZ,  )<br>                                                                )<br>            Defendant.                         )<br>_____ ) | Case No. 07mj2345<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  October 3, 2007                    /s/ Erick L. Guzman
                                                         ERICK L. GUZMAN
                                                         Federal Defenders
                                                         225 Broadway, Suite 900
                                                         San Diego, CA 92101-5030
                                                         (619) 234-8467  (tel)
                                                         (619) 687-2666  (fax)
                                                         E-mail: erick_guzman@fd.org