AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| LUIS MANUEL GOMEZ-DOMINGUEZ | |
| | CASE NUMBER: 07CR2952-JM |

I, LUIS MANUEL GOMEZ-DOMINGUEZ, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/13/7 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Luis M. Gomes. D.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER