# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

Luis Manuel Gomez-Dominguez

**WARRANT FOR ARREST**

FILED
08 JUL -7 AM 8:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

CASE NUMBER: 07cr2952-001-JM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Luis Manuel Gomez-Dominguez___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE: 6/11/08
ARRESTED BY: in court

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: Maria

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Clerk of the Court
Title of Issuing Officer

6/10/08, San Diego, CA
Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable Jeffrey T. Miller___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |